In the Matter of CONGREGATION GATES OF PRAYER OF FAR ROCK-AWAY, INC., Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted December 29, 2003; decided February 19, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed that part of Supreme Court's order that denied appellant's motion for leave to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

GENEVIT CREATIONS, INC., et al., Appellants, v GUEITS ADAMS & COMPANY et al., Respondents.

Submitted January 5, 2004; decided February 19, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order granting respondents' motion to quash the subpoena duces tecum, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.